In the Matter of RONALD V. POMERANCE, Appellant, v ROGER PAUL MCTIERNAN, JR., et al., Respondents.

Submitted July 28, 2008; decided October 23, 2008

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot.